UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re                                    Chapter 13

KEVIN PETTAWAY,                          Case No. 18-46213-ess

                              Debtor.
------------------------------------------------------------x

## ORDER EXTENDING TIME TO FILE CREDIT COUNSELING CERTIFICATE

WHEREAS, on October 29, 2018, Kevin Pettaway filed a petition for relief under Chapter 13 of the Bankruptcy Code; and

WHEREAS, on October 29, 2018, the Debtor filed a Request for 30-Day Temporary Waiver of the Credit Counseling Requirement, certifying that the Debtors require additional time to obtain credit counseling, and stated exigent circumstances that would merit a thirty day extension to file a credit counseling certificate (the "Credit Counseling Certificate").

NOW, THEREFORE, based upon the entire record, it is hereby

ORDERED, that the Debtor's time to file a Credit Counseling Certificate, and a copy of any debt repayment plan, if such plan is created as part of credit counseling, is extended to February 4, 2019.



Dated: Brooklyn, New York
       January 2, 2019

_____
Elizabeth S. Stong
United States Bankruptcy Judge

Case 1-18-46213-ess    Doc 19    Filed 01/02/19    Entered 01/03/19 12:19:51

TO:

Kevin Pettaway
177-30 145th Drive
Jamaica, NY 11434

Marianne DeRosa
Standing Chapter 13 Trustee
125 Jericho Tpke
Suite 105
Jericho, NY 11753

590 Madison Avenue
Suite 1800
New York, NY 10022